# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re: Sheila K. Glaspell, Debtor.

Case No. 5:17-bk-00301 | Chapter 7

Sheila K. Glaspell, Plaintiff,

v.

Adversary Proceeding No. 5:19-ap-36

Internal Revenue Service, Defendant.

<u>**DECLARATION OF ADRIENE MINES**</u>

I, Adriene Mines, pursuant to 28 U.S.C. § 1746, hereby make the following declaration under the penalty of perjury.

1. I am an insolvency specialist for the Internal Revenue Service ("IRS").

2. I have access to records and information received and maintained by the IRS. I hereby certify that any attached documents are true and accurate copies of records received and maintained in the ordinary course of business by the IRS.

3. I have access to the IRS electronic records database, which contains information on the status of federal tax returns and payments.

4. I have personally reviewed the IRS electronic records database for records related to taxpayer Sheila Glaspell.

5. For the tax period ending December 31, 2007, Ms. Glaspell did not file a federal income tax return. Instead, the IRS filed the return on Ms. Glaspell's behalf. Attachment A, 2007 Federal Income Tax Transcript.

6. For the tax period ending December 31, 2008, Ms. Glaspell did not file a federal income tax return. Instead, the IRS filed the return on Ms. Glaspell's behalf. Attachment B, 2008 Federal Income Tax Transcript.

1

7. For the tax period ending December 31, 2011, Ms. Glaspell did not file a federal income tax return. Attachment C, 2011 Federal Income Tax Transcript.

8. For the tax period ending December 31, 2013, Ms. Glaspell's federal income tax return was due on April 15, 2014. She requested no extension. The return was filed on July 7, 2016. The IRS assessed the tax on October 10, 2016. Attachment D, 2013 Federal Income Tax Transcript.

I declare under penalty of perjury that the forgoing is true and correct.


Dated: January 8, 2020




*Adriene M. Mines*

Adriene Mines
IRS Insolvency Specialist

2

# Attachment A

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-08-2020
Response Date: 01-08-2020
Tracking Number: ▓▓▓▓▓▓▓▓

Account Transcript

FORM NUMBER: 1040A        TAX PERIOD: Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:     ▓▓▓▓▓▓▓

SHEI CLIN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 760.51 | |
| ACCRUED INTEREST: | 10.28 | AS OF: Jan. 13, 2020 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 13, 2020 |

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):    770.79

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 54,265.00 |
| TAXABLE INCOME: | 45,515.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 20,239.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 3,097.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jul. 27, 2010 |
| PROCESSING DATE | Aug. 16, 2010 |

No. 5:19-ap-00036   Doc 23-1   Filed 01/13/20   Entered 01/13/20 08:24:16   Page 6 of 22

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Substitute tax return prepared by IRS 19210-887-00055-0 | | 08-16-2010 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2008 | | 04-15-2008 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 03-30-2009 | $0.00 |
| 971 | Notice issued | | 04-20-2009 | $0.00 |
| 570 | Additional account action pending | | 08-16-2010 | $0.00 |
| 494 | Final notice before tax is determined by IRS | | 11-02-2010 | $0.00 |
| 170 | Penalty for not pre-paying tax 02-16-2022 | 20111308 | 04-11-2011 | $278.49 |
| 806 | W-2 or 1099 withholding | | 04-15-2008 | -$4,302.00 |
| 290 | Additional tax assessed 11254-483-37279-1 | 20111308 | 04-11-2011 | $10,899.00 |
| 495 | Resolved tax determination | | 03-22-2011 | $0.00 |
| 599 | Tax return secured | | 03-24-2011 | $0.00 |
| 166 | Penalty for filing tax return after the due date 02-16-2022 | 20111308 | 04-11-2011 | $1,484.32 |
| 196 | Interest charged for late payment | 20111308 | 04-11-2011 | $1,086.79 |
| 276 | Penalty for late payment of tax | 20111308 | 04-11-2011 | $1,187.46 |
| 971 | Notice issued | | 04-11-2011 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 09-12-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-29-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 09-09-2011 | $0.00 |
| 971 | Tax period blocked from automated | | 09-06-2012 | $0.00 |

| | | | |
|---|---|---|---|
| | levy program | | |
| 530 | Balance due account currently not collectable | 01-07-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 01-11-2013 | $0.00 |
| 360 | Fees and other expenses for collection | 02-11-2013 | $22.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 01-17-2013 | $0.00 |
| 971 | Account match for federal levy payment program | 03-04-2013 | $0.00 |
| 971 | Notice issued | 03-04-2013 | $0.00 |
| 971 | Final notice before levy on social security benefits | 03-04-2013 | $0.00 |
| 971 | Tax period blocked from automated levy program | 03-04-2013 | $0.00 |
| 971 | Account match for federal levy payment program | 03-31-2014 | $0.00 |
| 971 | Notice issued | 03-31-2014 | $0.00 |
| 971 | Final notice before levy on social security benefits | 03-31-2014 | $0.00 |
| 670 | Payment | 05-21-2014 | -$117.60 |
| 971 | Account match for federal levy payment program | 06-09-2014 | $0.00 |
| 670 | Payment | 06-18-2014 | -$117.60 |
| 670 | Payment | 07-16-2014 | -$117.60 |
| 670 | Payment | 08-20-2014 | -$117.60 |
| 670 | Payment | 09-17-2014 | -$117.60 |
| 971 | Notice issued | 10-27-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144105 10-27-2014 | $1,245.43 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 276 | Penalty for late payment of tax 20144105 | 10-27-2014 | $461.78 |
| 670 | Payment | 10-15-2014 | -$117.60 |
| 670 | Payment | 11-19-2014 | -$117.60 |
| 670 | Payment | 12-17-2014 | -$117.60 |
| 670 | Payment | 01-21-2015 | -$119.70 |
| 670 | Payment | 02-18-2015 | -$119.70 |
| 537 | Account currently considered collectable | 03-16-2015 | $0.00 |
| 670 | Payment | 03-18-2015 | -$119.70 |
| 670 | Payment | 04-15-2015 | -$103.95 |
| 670 | Payment | 05-15-2015 | -$788.39 |
| 670 | Payment | 05-20-2015 | -$100.65 |
| 670 | Payment | 06-17-2015 | -$103.95 |
| 971 | Installment agreement established | 06-17-2015 | $0.00 |
| 670 | Payment | 07-01-2015 | -$192.00 |
| 670 | Payment | 07-16-2015 | -$312.00 |
| 670 | Payment | 08-10-2015 | -$312.00 |
| 672 | Removed payment CIVIL PENALTY 201501 | 07-01-2015 | $120.00 |
| 673 | Payment | 07-01-2015 | -$120.00 |
| 670 | Payment | 09-11-2015 | -$312.00 |
| 670 | Payment | 10-08-2015 | -$312.00 |
| 670 | Payment | 11-12-2015 | -$312.00 |
| 670 | Payment | 12-11-2015 | -$312.00 |
| 670 | Payment | 01-15-2016 | -$312.00 |
| 670 | Payment | 02-12-2016 | -$312.00 |
| 670 | Payment | 03-09-2016 | -$312.00 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 670 | Payment | 04-07-2016 | -$312.00 |
| 706 | Credit transferred in from 1040 201212 | 04-15-2013 | -$2,596.00 |
| 971 | Notice issued | 05-23-2016 | $0.00 |
| 670 | Payment | 05-12-2016 | -$312.00 |
| 670 | Payment | 06-08-2016 | -$312.00 |
| 670 | Payment | 07-13-2016 | -$262.00 |
| 670 | Payment | 08-11-2016 | -$256.00 |
| 672 | Removed payment CIVIL PENALTY 201601 | 07-13-2016 | $50.00 |
| 673 | Payment | 07-13-2016 | -$50.00 |
| 670 | Payment | 09-20-2016 | -$256.00 |
| 670 | Payment | 10-19-2016 | -$256.00 |
| 670 | Payment | 11-16-2016 | -$256.00 |
| 670 | Payment | 12-12-2016 | -$256.00 |
| 670 | Payment | 12-27-2016 | -$256.00 |
| 670 | Payment | 01-30-2017 | -$256.00 |
| 670 | Payment | 02-21-2017 | -$256.00 |
| 670 | Payment | 03-06-2017 | -$256.00 |
| 670 | Payment | 03-17-2017 | -$256.00 |
| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 290 | Additional tax assessed 28254-591-07703-7 | 20172805 07-31-2017 | $0.00 |
| 971 | Partial bankruptcy abatement | 06-28-2017 | $0.00 |
| 521 | Removed bankruptcy or other legal | 06-28-2017 | $0.00 |

action

| 971 | No longer in installment agreement status | | 08-21-2017 | $0.00 |
|-----|-------------------------------------------|--|------------|-------|
| 971 | Installment agreement established | | 08-08-2017 | $0.00 |
| 971 | No longer in installment agreement status | | 02-12-2018 | $0.00 |
| 971 | First Levy Issued on Module | | 02-19-2018 | $0.00 |
| 971 | Account match for federal levy payment program | | 03-12-2018 | $0.00 |
| 971 | Notice issued | | 03-12-2018 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 03-12-2018 | $0.00 |
| 670 | Payment | | 05-16-2018 | -$243.60 |
| 971 | Account match for federal levy payment program | | 06-04-2018 | $0.00 |
| 470 | Claim pending | | 05-25-2018 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 05-29-2018 | $0.00 |
| 472 | Resolved claim | | 01-31-2019 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 04-08-2019 | $0.00 |
| 971 | Notice issued | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $391.68 |

This Product Contains Sensitive Taxpayer Data

# Attachment B

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-08-2020
Response Date: 01-08-2020
Tracking Number: ▮▮▮▮▮

Account Transcript

FORM NUMBER: 1040A            TAX PERIOD: Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:        ▮▮▮▮▮

SHEI CLIN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        7,574.66
ACCRUED INTEREST:        102.33        AS OF: Jan. 13, 2020
ACCRUED PENALTY:           0.00        AS OF: Jan. 13, 2020

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):    7,676.99

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              01
FILING STATUS:           Single
ADJUSTED GROSS
    INCOME:            49,060.00
TAXABLE INCOME:        40,110.00
TAX PER RETURN:            0.00
SE TAXABLE INCOME
    TAXPAYER:          17,857.00
SE TAXABLE INCOME
    SPOUSE:                0.00
TOTAL SELF
    EMPLOYMENT TAX:     2,732.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Jul. 27, 2010
PROCESSING DATE                                                Aug. 16, 2010

01/08/2010 5:07:08 PM -0600 IRS

Case 20-51977-gap 80056 Doc 23-1 Filed 01/13/20 Entered 01/13/20 08:24:16 Page 13 of 22

| CODE | EXPLANATION OF TRANSACTION | TRANSACTIONS CYCLE | DATE | AMOUNT |
|------|---------------------------|-------------------|------|--------|
| 150 | Substitute tax return prepared by IRS 19210-887-00056-0 | | 08-16-2010 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 03-29-2010 | $0.00 |
| 971 | Notice issued | | 04-19-2010 | $0.00 |
| 570 | Additional account action pending | | 08-16-2010 | $0.00 |
| 494 | Final notice before tax is determined by IRS | | 11-02-2010 | $0.00 |
| 173 | Penalty for not pre-paying tax | 20111308 | 04-11-2011 | $150.27 |
| 806 | W-2 or 1099 withholding | | 04-15-2009 | -$3,984.00 |
| 290 | Additional tax assessed 11254-483-37286-1 | 20111308 | 04-11-2011 | $9,103.00 |
| 495 | Resolved tax determination | | 03-22-2011 | $0.00 |
| 599 | Tax return secured | | 03-24-2011 | $0.00 |
| 166 | Penalty for filing tax return after the due date 02-16-2022 | 20111308 | 04-11-2011 | $1,151.77 |
| 196 | Interest charged for late payment | 20111308 | 04-11-2011 | $502.55 |
| 276 | Penalty for late payment of tax | 20111308 | 04-11-2011 | $614.28 |
| 971 | Notice issued | | 04-11-2011 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 09-12-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-29-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 09-09-2011 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 09-06-2012 | $0.00 |
| 530 | Balance due account currently not collectable | | 01-07-2013 | $0.00 |

| | | | |
|---|---|---|---|
| 582 | Lien placed on assets due to balance owed | 01-11-2013 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 01-17-2013 | $0.00 |
| 971 | Account match for federal levy payment program | 03-04-2013 | $0.00 |
| 971 | Notice issued | 03-04-2013 | $0.00 |
| 971 | Final notice before levy on social security benefits | 03-04-2013 | $0.00 |
| 971 | Tax period blocked from automated levy program | 03-04-2013 | $0.00 |
| 971 | Account match for federal levy payment program | 03-31-2014 | $0.00 |
| 971 | Notice issued | 03-31-2014 | $0.00 |
| 971 | Final notice before levy on social security benefits | 03-31-2014 | $0.00 |
| 971 | Notice issued | 10-27-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144105 10-27-2014 | $885.45 |
| 276 | Penalty for late payment of tax | 20144105 10-27-2014 | $665.46 |
| 537 | Account currently considered collectable | 03-16-2015 | $0.00 |
| 971 | Installment agreement established | 06-17-2015 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | 07-31-2017 | -$1,279.74 |
| 171 | Reduced or removed penalty for not pre-paying tax | 04-11-2011 | -$150.27 |
| 161 | Reduced or removed penalty for | 04-11-2011 | -$1,151.77 |

filing tax return after the due date

| | | | | |
|---|---|---|---|---|
| 290 | Additional tax assessed 28254-591-07702-7 | 20172805 | 07-31-2017 | $0.00 |
| 971 | Partial bankruptcy abatement | | 06-28-2017 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 06-28-2017 | $0.00 |
| 971 | No longer in installment agreement status | | 08-21-2017 | $0.00 |
| 971 | Installment agreement established | | 08-08-2017 | $0.00 |
| 971 | No longer in installment agreement status | | 02-12-2018 | $0.00 |
| 971 | First Levy Issued on Module | | 02-19-2018 | $0.00 |
| 971 | Account match for federal levy payment program | | 03-12-2018 | $0.00 |
| 971 | Notice issued | | 03-12-2018 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 03-12-2018 | $0.00 |
| 470 | Claim pending | | 05-25-2018 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 05-29-2018 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 05-29-2018 | $0.00 |
| 472 | Resolved claim | | 01-31-2019 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 04-08-2019 | $0.00 |
| 971 | Notice issued | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $1,067.66 |

This Product Contains Sensitive Taxpayer Data

# Attachment C

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-08-2020
Response Date: 01-08-2020
Tracking Number: ▓▓▓▓▓

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:          ▓▓▓▓▓

SHEI CLIN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Jul. 24, 2017
ACCRUED PENALTY:          0.00          AS OF: Jul. 24, 2017

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               00
FILING STATUS:            Single
ADJUSTED GROSS
    INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
    TAXPAYER:
SE TAXABLE INCOME
    SPOUSE:
TOTAL SELF
    EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|

No. 5:19-ap-00036   Doc 23-1   Filed 01/13/20   Entered 01/13/20 08:24:16   Page 18
of 22

No tax return filed

| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 06-28-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Attachment D

No. 5:19-ap-00036    Doc 23-1    Filed 01/13/20    Entered 01/13/20 08:24:16    Page 20
of 22

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-08-2020
Response Date: 01-08-2020
Tracking Number: ▓▓▓▓▓▓▓

Account Transcript

FORM NUMBER: 1040 SEPARATE ASSESSMENT          TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:          ▓▓▓▓▓▓

SHEL GLAS

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          1,873.27
ACCRUED INTEREST:          25.31          AS OF: Jan. 13, 2020
ACCRUED PENALTY:          0.00          AS OF: Jan. 13, 2020

ACCOUNT BALANCE
     PLUS ACCRUALS
     (this is not a
     payoff amount):     1,898.58

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   May 27, 2016
PROCESSING DATE                                                Oct. 10, 2016

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed 09221-163-17010-6 | 20163805 | 10-10-2016 | $7,076.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2014 | -$5,469.00 |
| 166 | Penalty for filing tax return after the due date 08-17-2027 | 20163805 | 10-10-2016 | $361.57 |

| | | | |
|---|---|---|---|
| 276 | Penalty for late payment of tax | 20163805 10-10-2016 | $241.05 |
| 196 | Interest charged for late payment | 20163805 10-10-2016 | $163.77 |
| 971 | Notice issued | 10-10-2016 | $0.00 |
| 971 | Tax period blocked from automated levy program | 03-06-2017 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 971 | First Levy Issued on Module | 05-08-2017 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 03-22-2017 | $0.00 |
| 971 | Bankruptcy notification received | 06-30-2017 | $0.00 |
| 971 | Bankruptcy notification received | 06-30-2017 | $0.00 |
| 400 | Transfer account out | 07-31-2017 | -$2,373.39 |
| 402 | Transfer account in | 07-31-2017 | $2,373.39 |
| 521 | Removed bankruptcy or other legal action | 06-28-2017 | $0.00 |
| 971 | Installment agreement established | 08-08-2017 | $0.00 |
| 971 | No longer in installment agreement status | 02-12-2018 | $0.00 |
| 971 | Account match for federal levy payment program | 03-12-2018 | $0.00 |
| 971 | Notice issued | 03-12-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 03-12-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | 04-02-2018 | $0.00 |
| 971 | Notice issued | 05-21-2018 | $0.00 |
| 971 | Final notice before levy on social security benefits | 05-21-2018 | $0.00 |
| 470 | Claim pending | 05-25-2018 | $0.00 |

| | | | |
|---|---|---|---|
| 472 | Resolved claim | 12-10-2018 | $0.00 |
| 971 | Tax period blocked from automated levy program | 02-18-2019 | $0.00 |
| 971 | First Levy Issued on Module | 02-18-2019 | $0.00 |
| 971 | Account match for federal levy payment program | 03-11-2019 | $0.00 |
| 971 | Notice issued | 03-11-2019 | $0.00 |
| 971 | Final notice before levy on social security benefits | 03-11-2019 | $0.00 |
| 670 | Payment | 05-15-2019 | -$250.80 |
| 971 | Account match for federal levy payment program | 06-03-2019 | $0.00 |
| 670 | Payment | 06-19-2019 | -$250.80 |
| 670 | Payment | 07-17-2019 | -$250.80 |
| 670 | Payment | 08-21-2019 | -$250.80 |
| 971 | Notice issued | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 10-07-2019 | $342.39 |
| 276 | Penalty for late payment of tax | 20193805 10-07-2019 | $160.69 |

This Product Contains Sensitive Taxpayer Data